1 **ROCKARD J. DELGADILLO**, City Attorney (State Bar #125465x)     JS-6
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2 **CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney (State Bar #193206)
3 200 North Main Street, Room 600 City Hall East
Los Angeles, California  90012-4129
4 Telephone: (213) 978-7036   Facsimile: (213) 978-8785

5 Attorneys for Defendants, **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CESAR RIVAS, | ) | CASE NO. CV 07-6492-VBF(SSx) |
|---|---|---|
| | ) | Judge: Hon. Valerie Baker Fairbank |
| | ) | Magistrate Judge: Hon. Suzanne H. Segal |
| Plaintiff | ) | |
| vs. | ) | **ORDER DISMISSING PLAINTIFF'S CLAIMS FOR INTERFERENCE WITH AND VIOLATION OF CIVIL RIGHTS, ASSAULT, BATTERY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND TO REMAND THIS ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT** |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; and DOES 1 - 100, inclusive, | ) | |
| Defendants. | ) | |

The parties, Plaintiff Cesar Rivas and Defendants City of Los Angeles and Los Angeles Police Department, have entered into a Stipulation dismissing the First, Third, Fourth and Fifth Causes of Action and have also agreed to the REMAND of this action to the LOS ANGELES COUNTY SUPERIOR COURT.  Good cause appearing, **IT IS HEREBY ORDERED:**

1. The First Cause of Action in Plaintiff's Complaint, brought pursuant to 42 U.S.C. Section 1983, is dismissed with prejudice as to all Defendants;

2. The Third Cause of Action for Assault in Plaintiff's Complaint is hereby dismissed with prejudice as to all Defendants;

  3. The Fourth Cause of Action for Battery in Plaintiff's Complaint is hereby dismissed with prejudice as to all Defendants;

  4. The Fifth Cause of Action for Intentional Infliction of Emotional Distress is hereby dismissed with prejudice as to all Defendants;

  5. Plaintiff's prayer for "Attorneys' fees in an amount according to proof" and "Punitive damages against the individual defendants in an amount according to proof" at Page 11 of the Complaint is hereby dismissed with prejudice as to all Defendants.

  6. The remaining cause of action for negligence be REMANDED to the LOS ANGELES COUNTY SUPERIOR COURT (CENTRAL DISTRICT) forthwith.

**IT IS FURTHER ORDERED** that Plaintiff elects, and Defendants agree to the election, to amend the complaint to add individually named defendants in place and stead of some of the DOES 1-100 defendants which are set forth in the original complaint. Plaintiff and Defendants agree that Plaintiff will file the DOE amendments in the Los Angeles County Superior Court matter after this case is remanded to said court. In the event Plaintiff files an amended pleading in the remanded superior court action, other than the aforementioned DOE amendments, Plaintiff is barred from alleging any state or federal civil rights claims, including but not limited to claims made pursuant to 42 U.S.C. Sections 1983, 1985, 1986 or California Civil Code Sections 51 though 52.5 against City Defendants and any other named Defendants or DOES, who are current or former employees of the City of Los Angeles. The City Defendants have preserved their rights to defend against the remaining state law claim for negligence and any other claims which may be alleged in an amended pleading.

**IT IS SO ORDERED.**

DATED: April 17, 2008  By: _____
           Honorable Valerie Baker Fairbank
           UNITED STATES DISTRICT JUDGE